UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  PAUL M. STRUHL

Case No.: 17-13466
Chapter: 7
Judge: Sherwood

## NOTICE OF PROPOSED ABANDONMENT

__John W. Sywilok__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King, Jr. Federal Building  
50 Walnut Street  
Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __May 2, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtor's interest in real property located at:  
7 Millay Court  
Teaneck, NJ 07666  
Fair Market Value: $369,000.00 |

| Liens on property: | Subject to mortgage held by Wilmington Savings Fund Society, FSB upon which there is due approximately $446,000.00. |

| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:  John W. Sywilok, Trustee    /s/ John W. Sywilok  
Address:  51 Main Street, Hackensack, New Jersey 07601  
Telephone No.:  (201) 487-9390

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-13466-JKS
Paul M Struhl                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1            Date Rcvd: Mar 29, 2017
                            Form ID: pdf905          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.
```
db              +Paul M Struhl,    7 Millay Court,    Teaneck, NJ 07666-6485
cr               Courts of Glenpointe Condominium Association, Inc.,    c/o Stark & Stark, A Professional Corpor,
                  PO Box 5315,    Lawrenceville, NJ  08648
516661196       +1st National Bank of Omaha,     PO Box 3412,    Omaha, NE 68103-0412
516661197       +American Express,    PO Box 981537,     El Paso, TX 79998-1537
516661199      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
516661198       +Bank of America,    4909 Savarese Circle,     Tampa, FL 33634-2413
516661200       +Bureau of Accounts Contr,     PO Box 538,    Howell, NJ 07731-0538
516661201       +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516661203      #+Dr. Constantine Rozakis,    357 Prospect Avenue,     Hackensack, NJ 07601-2519
516661204       +Midland Funding,    2365 Northside Drive, #300,     San Diego, CA 92108-2709
516661205       +Township of Teaneck,    Teaneck Tax Collector,    Teaneck Municipal Building,
                  818 Teaneck Road, #2,    Teaneck, NJ 07666-4599
516661206       +Universal Card/Citibank,     PO Box 6241,    Sioux Falls, SD 57117-6241
516661208       +Wilmington Savings Fund Society, FSB,     d/b/a Christiana Trust,
                  1114 Avenue of the Americas, 27th Floor,    New York, NY 10036-7772
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2017 23:13:42      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2017 23:13:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516661202        Courts of Glen Pointe Condominium Assoc
516661207        US Bank
                                                                                         TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              David S. Catuogno    on behalf of Debtor Paul M Struhl david.catuogno@leclairryan.com
              John Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              John Sywilok    on behalf of Trustee John Sywilok sywilokattorney@sywilok.com,    nj26@ecfcbis.com
              Melissa A Volet, I    on behalf of Creditor    Courts of Glenpointe Condominium Association, Inc.
               mvolet@stark-stark.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```